PW:PMP
F.# 2005R00163

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ALEXANDER GARCIA,

           Defendant.

- - - - - - - - - - - - - - - - -X

INDICTMENT

Cr. No. _____
(T. 21, U.S.C.,
§§ 841(a)(1) and
841(b)(1)(B)(ii)(II);
T. 18, U.S.C., §§ 3551
et seq.)

**CR 05 0162**

**ROSS, J.**

**POHORELSKY, M.J.**

THE GRAND JURY CHARGES:

    On or about January 28, 2005, within the Eastern District of New York and elsewhere, the defendant ALEXANDER GARCIA did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved five hundred grams or more of a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

No. _____  Action: *Criminal*

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

ALEXANDER GARCIA,

Defendant(s).

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II),
T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ *Foreman*

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____ *Clerk*

Bail, $ _____

Paige Petersen, AUSA - (718) 254-7584

FORM DBD-34
JUN. 85